# MISCELLANEOUS SUPREME COURT DISPOSITIONS

## BALLOT TITLES

### January 12, 2024

Wilhelms v. Rosenblum (S070542)(S070551/52). Petitioners have filed petitions under ORS 250.085 seeking to challenge the Attorney General's certified ballot title for Proposed Initiative Petition No. 42 (2024) and to obtain a different ballot title. After review, the court has determined that the Attorney General's certified ballot title for the proposed initiative petition substantially complies with the requirements of ORS 250.035. ORS 250.085(5). Accordingly, the court rejects the challenges contained in petitioners' petitions. The court certifies to the Secretary of State the Attorney General's certified ballot title for the proposed ballot measure.

Wilhelms v. Rosenblum (S070553-555). Petitioners have filed petitions under ORS 250.085 seeking to challenge the Attorney General's certified ballot title for Proposed Initiative Petition No. 43 (2024) and to obtain a different ballot title. After review, the court has determined that the Attorney General's certified ballot title for the proposed initiative petition substantially complies with the requirements of ORS 250.035. ORS 250.085(5). Accordingly, the court rejects the challenges contained in petitioners' petitions. The court certifies to the Secretary of State the Attorney General's certified ballot title for the proposed initiative petition.